UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
:
EMAD JLELATY,                                   :     08 Civ. 10656 (RJH)
:
            Plaintiff,       :
:
  -against-                                   :     **ORDER**
:
FEDEX CORPORATION,                              :
:
           Defendant.       :
:
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/09

      The pretrial conference presently scheduled for September 01, 2009 is adjourned to September 15, 2009, at 11:00 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
August 03, 2009
SO ORDERED:

_____
Richard J. Holwell
United States District Judge